UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCWEN LOAN SERVICES, LLC, | CASE NO. CV F 14-0303 LJO GSA |
| Plaintiff, | **ORDER TO VACATE HEARING WITH REMAND** (Docs. 5, 6.) |
| vs. | |
| STEPHANIE M. PLUMB, et al., | |
| Defendants. _____/ | |

On March 7, 2014, defendant Ocwen Loan Services, LLC ("Ocwen") filed its remand motion (doc. 5) and set an April 9, 2014 hearing. On March 7, 2014, this Court issued its order to remand sua sponte this action to Madera County Superior Court (doc. 6). As such, this Court VACATES the April 9, 2014 hearing on Ocwen's remand motion and ORDERS no party to appear on that date. This Court will take no further action on Ocwen's remand motion (doc. 5).

IT IS SO ORDERED.

Dated:  **March 10, 2014**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28